NUMBER 13-00-308-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI


__________________________________________________________________


ROEL (ROBIE) FLORES
, Appellant,


v.



EDWARD G. APARICIO, Appellee.

__________________________________________________________________


On appeal from the 93rd District Court 


of Hidalgo County, Texas.


___________________________________________________________________


O P I N I O N



Before Chief Justice Seerden and Justices Hinojosa and

Kennedy(1)

Opinion Per Curiam




 Appellee Aparicio has filed a motion requesting that this Court dismiss this appeal
for want of jurisdiction on grounds that appellant failed to timely file his notice of appeal. 
The appellant failed to respond to this motion. We agree with appellee, and dismiss this
appeal for want of jurisdiction. 

 The Election Code requires that the appellant's notice of appeal must have been filed
not later than the fifth day after the date the district court's judgment in the contest was
signed. See Tex. Elec. Code Ann. §232.014(b) (Vernon 1986). In this case, the judgment
was signed on April 25, 2000, the fifth day following was Sunday, April 30, 2000, and thus
the notice of appeal should have been filed by Monday, May 1, 2000. However, the notice
of appeal in this matter was not filed until May 2, 2000. Accordingly, this appeal is
DISMISSED FOR WANT OF JURISDICTION.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 27th day of July, 2000.



1. Retired Justice Noah Kennedy assigned to this Court by the
Chief Justice of the Supreme Court of Texas pursuant to Tex. Gov't
Code Ann. §74.003 (Vernon 1998).